# EXHIBIT B

1            (MATTHEW O'NEILL, sworn.)

2

3        * * * * * * * * * * * * * * *

4        MATTHEW O'NEILL

5        * * * * * * * * * * * * * * *

6

7   DIRECT EXAMINATION BY MR. CHRISTOFFERSON:

8   Q.    Good morning.

9   A.    Good morning.

10  Q.    Would you please state your full name and spell

11  your last name for the Court Reporter?

12  A.    Matthew Maglond O'Neill, O-N-E-I-L-L.

13  Q.    Where do you live?

14  A.    Brooklyn, New York.

15  Q.    What do you do for work?

16  A.    I'm an analyst at a microfinance foundation.

17  Q.    What's a "microfinance foundation"?

18  A.    We are a not-for-profit bank that only lends to

19  women who live below the poverty line.

20  Q.    How long have you worked there?

21  A.    Um, three weeks.

22  Q.    What were you doing before you started working at

23  the non-profit?

24  A.    I was a United States Peace Corp. volunteer in

25  West Africa.

1    Q.    And how long were you there in West Africa?

2    A.    27 months.

3    Q.    What were doing?

4    A.    I primarily worked in microfinance and in health.

5    Q.    And before you joined the Peace Corp., were you in

6    college?

7    A.    Yeah, I was a student at Northeastern University.

8    Q.    How long were you studying at Northeastern?

9    A.    Five years.

10   Q.    When did you graduate?

11   A.    In the summer of 2013.

12   Q.    Are you related to Pat O'Neill, John Patrick

13   O'Neill?

14   A.    Yes, I am.

15   Q.    How?

16   A.    He's my father.

17   Q.    Had you ever been to the Oakley Country Club with

18   your father?

19   A.    Yes.

20   Q.    How often, let's say growing up, before you went

21   to the Peace Corp. and to college, did you go to the

22   Oakley Country Club?

23   A.    When I was a child we went -- we'd spend our

24   summers there, so quite frequently, and then as I got

25   older probably 10 times or less during the summer.

1    Q.    And what types of things would you do when you

2    were at Oakley?

3    A.    Um, played golf, tennis, go out to dinner, um,

4    used the gym.

5    Q.    You mentioned that you played golf.  When did you

6    start playing golf?

7    A.    When I was a kid, probably when I was 10.

8    Q.    And did you at some point play competitively?

9    A.    I did, in high school.

10    Q.    Do you know someone named "Robert Bray" or "Bob

11    Bray"?

12    A.    Yes.

13    Q.    How did you meet him?

14    A.    At Oakley Country club through my father.

15    Q.    Do you remember approximately how old you were

16    when you met him?

17    A.    Probably around 10.

18    Q.    How would you describe, Mr. Gray, based on your

19    observations?

20    A.    He's a big personality, um, talkative, pretty

21    generous.

22    Q.    Um, you say "generous," was he ever generous to

23    you?

24    A.    He was, he gave me a set of golf clubs when I was

25    a kid, when I was learning how to play.

1  Q.    And, um, how often would you see Mr. Bray at

2  Oakley when you were growing up?

3  A.    Um, probably maybe five times a summer.

4  Q.    Do you see Mr. Bray here in the courtroom today?

5  A.    I do.

6  Q.    Could you please identify him by where he's

7  sitting and maybe what he's wearing?

8  A.    He's sitting, um, all the way to the left wearing

9  a suit and a sweater.

10       MR. CHRISTOFFERSON:  Your Honor, may the record

11  reflect the witness has identified the defendant?

12       THE COURT:  It may.

13  Q.    You testified a minute ago that you played golf in

14  high school on a team, is that right?

15  A.    Yes.

16  Q.    Did Mr. Bray ever watch you play?

17  A.    He came to one match that was at Oakley.

18  Q.    Um, when you were at Oakley growing up, did you

19  observe your father and Mr. Bray socializing together?

20  A.    Yes.

21  Q.    And in what ways?

22  A.    Usually they would be together in the club or at

23  the pub after they each would play golf.

24  Q.    Were they friends?

25  A.    Yeah.

```
 1    Q.    When did you graduate from high school,
 2    Mr. O'Neill?
 3    A.    In 2008.
 4    Q.    Did you have a graduation party?
 5    A.    I did.
 6    Q.    Was Mr. Bray there?
 7    A.    He was not.
 8    Q.    Did he give you anything after you graduated?
 9    A.    He gave me a thousand dollar check.
10    Q.    And what happened after he gave you that thousand
11    dollar check?
12    A.    My father tore it up.
13    Q.    Um, so your dad saw the check?
14    A.    Yup.
15    Q.    And how did you feel about that, when he tore it
16    up?
17    A.    Um, I was upset.
18          (Laughter.)
19    Q.    Um, when did you start Northeastern?
20    A.    That fall of 2008.
21    Q.    And what were you studying when you first started
22    at Northeastern University?
23    A.    I was an architecture major.
24    Q.    Um, based on your interactions with Mr. Bray, what
25    did you understand he did for work?
```

A.    He owned a construction company.

Q.    Did Mr. Bray ever approach you while you were studying at Northeastern about helping him with his work?

A.    Yeah, he asked me to do a set of drawings for him.

Q.    When was this?

A.    In the spring of 2009.

Q.    And what did he ask you to do, what were these drawings he asked you to do?

A.    They were simple renderings of a building that he was thinking of building in Cambridge.

Q.    Do you remember where?

A.    On Loomis Street.

Q.    And for those of us in the courtroom who are not really familiar with architecture, what were these drawings, what kind of drawings were they?

A.    I made a 3-D model in a computer program that resembled what he had described to me the building would look like and then created images of it in that -- well, how it would look on the street.

Q.    Do you recall how he got in touch with you, um, in terms of doing this work for him?

A.    I think it was a phone call.

Q.    In any event, did you agree to do the work for him?

1    A.    Yes.

2    Q.    Approximately how long did it take you to finish?

3    A.    Probably a day.

4    Q.    And, um, did Mr. Bray pay you for that work?

5    A.    He did.

6    Q.    How much did he pay you?

7    A.    I think it was 250.

8    Q.    250 dollars?

9    A.    Yes.

10   Q.    After that did you ever speak with Mr. Bray again

11   about employment or jobs relating to architecture when

12   you were studying it?

13   A.    Yeah, he put me in touch with an architect that

14   had helped him with some projects in the past who then

15   gave me an internship in the summer.

16   Q.    Who was that architect?

17   A.    Frank Coe.

18   Q.    And when was that?

19   A.    In the summer of 2009.

20   Q.    So after you had done the drawings you had just

21   talked about?

22   A.    Yes.

23   Q.    And was that -- again you had started in the fall

24   of 2008 at Northeastern, is that right?

25   A.    Yeah, it was after my freshman year.

1   Q.    Um, so, um, did you end up taking the internship?

2   A.    I did.

3   Q.    And was it a paid internship?

4   A.    It was.

5   Q.    Do you remember approximately how much you got

6   paid that summer?

7   A.    I think it was $15 an hour.

8   Q.    And how long did it last?

9   A.    Three months.

10  Q.    Mr. O'Neill, I just have a couple of documents I'd

11  like to show you today, and they'll appear on the

12  screen, and I'll also have hardcopies in front of you in

13  those folders to your right and feel free to look at

14  either one.

15       The first one I wanted to look at is what's been

16  admitted as Exhibit 16, and it should come up on the

17  screen in a moment.

18       (On screen.)

19  Q.    Do you recognize that?

20  A.    I do.

21  Q.    What's that?

22  A.    It's a resume that I used at one point.

23  Q.    Do you remember approximately when you used this

24  resume?

25  A.    Um, I'm going to say it was in the fall of 2010

1    when I was applying for an internship in Turkey.

2    Q.    What kind of internship, was it architectural?

3    A.    Yeah.

4    Q.    And we'll get to this, but at some point did you

5    decide to stop pursuing architecture for your career?

6    A.    I did.

7    Q.    And we talked about you now doing microfinance

8    work, is that right?

9    A.    Uh-huh.

10   Q.    But in any event at this point you were still

11   pursuing that line of study?

12   A.    Yup.

13         MR. CHRISTOFFERSON:  And, Ms. Gannon, can you blow

14   up the two parts of the "Related Experience."

15         (On screen.)

16   Q.    Do you see there are two items there, Mr. O'Neill?

17   A.    Yes.

18   Q.    The first one is "FKA consultants," in Wellesley,

19   what was that?

20   A.    That's the firm that was owned by Frank Coe.

21   Q.    And it says there, "Used autocad to work on

22   interior renovations for Buckminster Hotel in Kenmore

23   Square"?

24   A.    Yes.

25   Q.    Is that one of the projects you worked on with

1    Mr. Coe?

2    A.    Yes.

3    Q.    And again who helped you get this job?

4    A.    Bob Bray.

5    Q.    And then you have there "R & B Construction

6    Company," is that the company you said was Mr. Bray's

7    company?

8    A.    Yes.

9    Q.    And what is that a reference on your resume to?

10   A.    The drawing that I did for him.

11         THE COURT:  Go back to your being paid $250, do

12   you remember testifying about that?

13         THE WITNESS:  Yes.

14         THE COURT:  As best you can recall, when was that?

15   Tell the jury.

16         THE WITNESS:  Um, in the latter part of the spring

17   in 2009, probably May.

18         MR. CHRISTOFFERSON:  Thank you, your Honor.

19   Q.    And at that point when you got paid the $250, did

20   you ask for my any more money?

21   A.    No.

22   Q.    Did you understand that there was more money you

23   were owed?

24   A.    No.

25         MR. MONAHAN:  Objection.

```
 1          THE COURT:  In view of the answer, do you press
 2     the objection?
 3          MR. MONAHAN:  No.
 4          THE COURT:  No.  It's withdrawn.  Very well.
 5          MR. CHRISTOFFERSON:  Thank you, your Honor.
 6          Ms. Gannon, you can take that down.
 7          (Clears screen.)
 8          MR. CHRISTOFFERSON:  And I'd like to look at
 9     the -- well, actually before we get there.
10     Q.   Did Mr. O'Neill ever use Mr. Bray later on as a
11     reference for any other employment?
12     A.   Yeah, I listed him as a reference when I was
13     applying for a job as a server at Legal Sea Foods in
14     Harvard Square.
15     Q.   Do you remember approximately when that was?
16     A.   In June of 2010.
17     Q.   Okay.
18          MR. CHRISTOFFERSON:  Ms. Gannon, can we please
19     look at Exhibit 17.
20          (On screen.)
21     Q.   Again this is in front of you in the folders,
22     Mr. O'Neill, but it's also put up on the screen.
23     A.   Okay.
24     Q.   And do you recognize this?
25     A.   I do.
```

1    Q.    And what is it?

2    A.    It's my application to Legal Seafoods.

3    Q.    That you were just talking about?

4    A.    Yes.

5          MR. CHRISTOFFERSON:  Can we go to the second page

6    of the document and there's a section for "Education," a

7    section for "Employment History," and then if we go down

8    to the middle of the page it says, "Please give the

9    names and numbers of two professional references."

10         Can we enlarge that, please.

11         (On screen.)

12   Q.    First of all, Mr. O'Neill, is this your

13   handwriting?

14   A.    Yes.

15   Q.    Who are the two names that you list here?

16   A.    "Frank Coe" and "Bob Bray."

17   Q.    And --

18         MR. CHRISTOFFERSON:  And can we zoom out of that,

19   Ms. Gannon, and would you blow up the bottom portion,

20   please, the signature and the date and name.

21         (Enlarges on screen.)

22   Q.    Is that your signature, Mr. O'Neill?

23   A.    It is.

24   Q.    What's the date?

25   A.    June 3rd, 2010.

1    Q.    And when you were applying to Legal Seafood, is

2    that something you talked to your parents about,

3    specifically your father?

4    A.    Yes.

5    Q.    All right.  Mr. O'Neill, we've talked about a

6    number of things relating to Mr. Bray.  Were you

7    grateful to Mr. Bray?

8    A.    Yeah.

9    Q.    Why?

10   A.    He --

11         MR. MONAHAN:   Objection.

12         THE COURT:   No, overruled, he may state that.

13   A.    He had given me a set of golf clubs when I was

14   learning how to play and I was, um, quite small at that

15   age so he kind of had them made for me, and then he also

16   gave me some presents when I achieved, you know,

17   milestones like graduation.

18   Q.    And, um, did you have conversations over the years

19   about those things with your father, Patrick O'Neill?

20   A.    Oh, yeah.

21   Q.    Um, you mentioned a little while ago that, um, you

22   ended up switching your major at some point?

23   A.    Yeah.

24   Q.    And what did you end up studying and graduating

25   with?

1    A.    I graduated with two degrees in economics and
2    mathematics.
3    Q.    And again when did you graduate?
4    A.    2013.
5    Q.    Approximately what month?
6    A.    Um, I finished in June and then officially
7    graduated in August.
8    Q.    And then when did you go into the Peace Corp.?
9    A.    October 1st, 2013.
10   Q.    I'd like to direct your attention to the spring of
11   2013.
12   A.    Uh-huh.
13   Q.    Were you at some point contacted by an individual
14   named John Freeman?
15   A.    I was.
16   Q.    Do you remember approximately when that was?
17   A.    In -- I think it was in June of 2013.
18   Q.    And that summer I think you said you graduated in
19   August, is that right?
20   A.    That's when I received my diploma, yeah.
21   Q.    Did you go on any trips or take any vacations in
22   that summer?
23   A.    Yeah, I went on a five-week road trip around the
24   United States.
25   Q.    With whom?

1    A.    With a friend from college and a friend I grew up

2    with.

3    Q.    And do you remember approximately when that was

4    that you took that trip?

5    A.    It was the month of July and the first week of

6    August.

7    Q.    Um, the contact that you had from Mr. Freeman, was

8    that before or after you left for your trip?

9    A.    Before.

10   Q.    Um, had you ever spoken to John Freeman before?

11   A.    No.

12   Q.    Had you ever met him before?

13   A.    No.

14   Q.    After he called you -- well, as a result of the

15   conversation that you had, you said that -- well, strike

16   that.

17         How did he get in touch with you?

18   A.    He called me.

19   Q.    And as a result of that conversation, um, what if

20   anything did you do?

21   A.    We met in Cambridge.

22   Q.    And where in Cambridge?

23   A.    In the Fresh Pond Golf Course parking lot on Huron

24   Ave.

25   Q.    And when you met him did you have an understanding

1   of why -- did you have an understanding of why you were

2   meeting him?

3   A.    I was under the impression that he was going to

4   give me a graduation present that was from Bob Bray.

5   Q.    And was that based on something that he had said

6   on the phone or something else?

7   A.    Something else.

8   Q.    Now, when you met, um, you said you met at the

9   golf course.  How did you get there?

10  A.    I drove.

11  Q.    And what happened when you got there?

12  A.    I got into John Freeman's car and then he gave me

13  a thousand dollars in cash and then I got out and drove

14  home.

15  Q.    And when he handed you the thousand dollars, did

16  you have a conversation at that point?

17  A.    A very brief one.

18  Q.    And what happened?

19  A.    He told me that the project I had worked on for

20  them had done well and that the money was for that.

21  Q.    What project had you done for them?

22  A.    The Loomis Street drawings.

23  Q.    When had you done that?

24  A.    In 2009.

25  Q.    Had you already been paid for that?

1    A.    Yes.

2    Q.    In any event, did you take the money?

3    A.    I did.

4    Q.    And did you go on your road trip?

5    A.    I did.

6    Q.    Um, I think you said that this meeting lasted

7    about a minute or so?

8    A.    Yeah.

9    Q.    Were you grateful for that money that you got?

10   A.    Yes.

11   Q.    Fair to say the Peace Corp. is not a really high-

12   paying job?

13   A.    Yes, that's accurate.

14   Q.    And you said after you got the money you left, is

15   that right?

16   A.    Yup.

17   Q.    And again when did you leave for Africa?

18   A.    October 1st, 2013.

19         MR. CHRISTOFFERSON:  One moment, your Honor?

20         THE COURT:  You may.

21         (Pause.)

22         MR. CHRISTOFFERSON:  I have nothing further, your

23   Honor.

24         THE COURT:  Anything for this witness?

25         MR. MONAHAN:  Yes.

1          THE COURT:  Go ahead, Mr. Monahan.

2

3     CROSS-EXAMINATION BY MR. MONAHAN:

4     Q.    Good morning, Mr. O'Neill.

5     A.    Good morning.

6     Q.    I believe you told us that -- in your direct

7     testimony, that Mr. Bray was a generous person?

8     A.    That's true.

9     Q.    And would it be fair to say that he was generous

10    to many of the other younger members at Oakley Country

11    Club?

12    A.    I can only speak to what he did for me.

13    Q.    And when you say he was generous you're basing

14    that on the fact that you saw that he did nice things

15    for other people?

16    A.    No, I'm basing it on the fact that he gave me golf

17    clubs and two separate graduation presents.

18    Q.    So he gave you the golf clubs when you were what,

19    10 years old?

20    A.    Yes.

21    Q.    And you said that they were clubs that he cut

22    down?

23    A.    Yup.

24    Q.    And instead of buying new ones, he gave you a set

25    of his old ones, is that fair?

1   A.     Yeah, I think they're actually women's clubs.

2   Q.     Okay.  But they were appropriate for you at the

3   time?

4   A.     Yeah.

5   Q.     You're not telling us that he was playing with

6   women's clubs?

7   A.     No, I did not say that.

8          (Laughter.)

9   Q.     In any event you played with those clubs and you

10  played at the Oakley Country Club as a junior member and

11  you enjoyed being a junior member there?

12  A.     I did.

13  Q.     Okay.  And then you graduated from high school and

14  you said that there was a graduation party and your

15  father gave you a check from Mr. Bray for $1,000?

16  A.     My father tore that check up.

17  Q.     Well, he gave you the check -- Oh, he didn't give

18  it to you?

19  A.     No.

20  Q.     Okay.  And he wasn't at your graduation party, was

21  he?

22  A.     My father or Mr. Bray?

23  Q.     Mr. Bray.

24  A.     No, he was not.

25  Q.     Okay.  Had you ever seen him at your house before?

```
1    A.    No.

2    Q.    And had you ever gone out to eat with Mr. Bray?

3    A.    Only at Oakley.

4    Q.    Do you remember when or under what circumstances?

5    A.    Um, no, I can't remember specifically.

6    Q.    And when you went out to eat with him were you

7    with your father?

8    A.    Yeah.

9    Q.    So you just joined them maybe once or twice?

10   A.    Yeah.

11   Q.    Okay.  And that's in a -- from the time you were

12   10 years old until you went off to the Peace Corp. when

13   you were 23?

14   A.    Yeah.

15   Q.    Now, you told us about a graduation, a high school

16   graduation party and then you told us that you played

17   golf with Mr. Bray five or six times?

18   A.    Yeah, probably in my life.

19   Q.    Five or six times in your life?

20   A.    Yeah.

21   Q.    And that's over a 10-year period of time or was it

22   a 15-year period of time?

23   A.    Probably 13 years.

24   Q.    Over 13 years.  So maybe once every other year?

25   A.    Yeah.
```

1    Q.    Okay.  And did you ever play alone with him?

2    A.    Never.

3    Q.    And when you played with him he would have -- a

4    couple of times he would have other junior members

5    there?

6    A.    No, never junior members, but my father would play

7    with us.

8    Q.    Okay, so he would join you with your father?

9    A.    Yeah.

10   Q.    Five times in ten years, right?

11   A.    Yeah.

12   Q.    All right.  Now, you told us about an

13   architectural rendering that you did, I believe you told

14   us that was in 2009?

15   A.    Yeah.

16   Q.    And you graduated from Belmont High in 2008?

17   A.    Yeah.

18   Q.    And in 2009 I believe you told us you were

19   attending Northeastern University in the architectural

20   program?

21   A.    Yes.

22   Q.    And Mr. Bray asked you if you would do a rendering

23   for him, correct?

24   A.    Correct.

25   Q.    And did you have a conversation with him about a

1   Mr. Coe at that time?

2   A.    No.

3   Q.    Had you ever heard of Mr. Coe's name prior to

4   that?

5   A.    Never.

6   Q.    Okay.  So when you did the rendering did you have

7   a friend or reference to look to while you were doing

8   the rendering?

9   A.    No.

10   Q.    You did this completely on your own?

11   A.    Yeah.

12   Q.    And it took you a day to do it?

13   A.    Yeah.

14   Q.    And you were paid $250?

15   A.    Yeah.

16   Q.    Was it $500?

17   A.    I think it was 250.

18   Q.    Do you remember talking to an FBI agent and

19   telling him it was either 250 or 500?

20   A.    I do remember that.

21   Q.    Okay.  And you were telling the truth at that

22   time, right?

23   A.    Yeah.

24   Q.    Well, in any event it took you a day to do it, you

25   did it, and you handed it over to Mr. Bray, correct?

1    A.    Yup.

2    Q.    Or did you give it to Mr. Freeman?

3    A.    I gave it to Mr. Bray.

4    Q.    And where did you give it to him?

5    A.    I gave it to him on Hemenway Street on the

6    Northeastern campus.

7    Q.    Okay, so he drove over to your campus?

8    A.    Yup.

9    Q.    And he gave you the 250 -- did you set the price

10   of $250 or did he just give it to you?

11   A.    He wrote me a check.

12   Q.    He wrote you a check for $250?

13   A.    Yeah.

14   Q.    Was it on his personal account?

15   A.    I think so.  I'm not sure about that.

16   Q.    All right.  And so, um, do you remember having a

17   conversation with him and he said he didn't have any

18   cash with him?

19   A.    No, I don't remember that.

20   Q.    All right.  So anyway you took the $250 and you

21   thanked him, right?

22   A.    Yeah.

23   Q.    And would it be fair to say that from that time on

24   you had very little to do with Mr. Bray up until Fresh

25   Pond parking lot?

1    A.    Yeah, that's accurate.

2    Q.    Okay.  And so addressing your attention to the

3    Fresh Pond parking lot, that's a golf course between

4    Belmont and Cambridge, correct?

5    A.    Yeah.

6    Q.    A 9-hole golf course?

7    A.    Yes.

8    Q.    Is that where Belmont High plays?

9    A.    No, we play at Belmont Country Club.

10   Q.    Okay.  So when Mr. Bray or Mr. Freeman met with

11   you at the parking lot, he gave you a thousand in cash?

12   A.    Yeah.

13   Q.    And he told you it was for the rendering?

14   A.    He did.

15   Q.    And you thought that was strange because you had

16   already been paid for it?

17   A.    That's correct.

18   Q.    Okay.  And this was also at the same time that you

19   were -- you had graduated or were about to graduate from

20   college, correct?

21   A.    Yeah.

22   Q.    You didn't have another year to go?

23   A.    No, I had finished all my classes.

24   Q.    So this is 2013?

25   A.    Yeah.

Q.    And it was just before you were about to embark on
your Peace Corp. venture?

A.    Yeah.

Q.    And also prior to that I believe you told us you
went on some trip across the country?

A.    Yes.

Q.    Was that on a bike or --

A.    It was in a car.

Q.    In a car.  Okay.  So this $1,000 was money to help
you get through that period of time and also to help you
possibly go away on your venture in the Peace Corp.

A.    It was spent before I got back from the road trip.

Q.    As I would have done.
And after that did you see Mr. Bray when you came back
from the Peace Corp.?

A.    I have not seen him until today.

Q.    When was the last time you saw Mr. Bray?

A.    Um, probably the summer before I left to join the
Peace Corp.

Q.    2013?

A.    Yeah.

Q.    The last time you played golf with him was what,
in 2008?

A.    Yeah.

Q.    All right.

1          (Pause.)

2     Q.    You cited Mr. Bray as a reference, an employment

3     reference?

4     A.    Yeah.

5     Q.    And this was at a job that you were trying to get

6     at Legal Sea Food?

7     A.    Yeah.

8     Q.    And the reality is, and correct me if I'm wrong,

9     is that you worked for Mr. Bray for one day?

10    A.    Yeah.

11    Q.    And did you tell Mr. Bray you were going to use

12    him as a reference?

13    A.    I think so.

14    Q.    Are you sure of that?

15    A.    I can't remember.

16    Q.    So the extent of your employment with Mr. Bray was

17    one day and you cited him as a reference?

18    A.    I did.

19    Q.    All right.

20          MR. MONAHAN:  That's all I have.

21          THE COURT:  Nothing further?

22          MR. CHRISTOFFERSON:  Just one question, your

23    Honor.

24          THE COURT:  Go ahead.

25          MR. CHRISTOFFERSON:  May I ask it from here, your

1    Honor?

2         THE COURT:   Of course.

3

4    REDIRECT EXAMINATION BY MR. CHRISTOFFERSON:

5    Q.    Mr. O'Neill, I think Mr. Monahan just asked you,

6    in connection with his questions about the Loomis Street

7    drawings that you had done, whether after that point you

8    had very little to do, I think, with Mr. Bray.  Do you

9    recall those questions?

10   A.    Yeah.

11   Q.    But just to be clear, when was it that he helped

12   you get that job with Mr. Coe, the architect?

13   A.    Um, in May of 2009.

14   Q.    Was that after the drawings?

15   A.    Yeah.

16        MR. CHRISTOFFERSON:   Thank you, your Honor.

17   Nothing further.

18        THE COURT:   Nothing further?

19        MR. MONAHAN:   Just one.

20        THE COURT:   Go ahead.

21

22   RECROSS-EXAMINATION BY MR. MONAHAN:

23   Q.    You say he helped you get the job.  He arranged

24   for an interview with you and Mr. Coe, correct?

25   A.    Yes.

1    Q.     Thank you.

2           MR. MONAHAN:  Thank you.  That's all I have.

3           THE COURT:  He may step down.

4           (Witness steps down.)

5           (*EXCERPT* ends.)

6

7                    C E R T I F I C A T E

8

9           I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,

10   do hereby certify that the foregoing record is a true

11   and accurate transcription of my stenographic notes, of

12   the aforementioned *EXCERPT*, before Judge William G.

13   Young, on Wednesday, January 27, 2016, to the best of my

14   skill and ability.

15

16

17   /s/ Richard H. Romanow 02-22-16
     _____
18   RICHARD H. ROMANOW  Date

19

20

21

22

23

24

25